**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

| | |
|---|---|
| **GREAT AMERICAN LIFE INSURANCE COMPANY** | **PLAINTIFF** |
| **V.** | **NO. 3:16-CV-70-DMB-JMV** |
| **AVA MITCHELL TANNER, ALITA MARGARET MITCHELL, and CRAIG CHEATHAM** | **DEFENDANTS** |

## RULE 54(b) JUDGMENT

In accordance with the Court's orders entered November 29, 2016, and August 7, 2017, Great American Life Insurance Company is awarded a total of $9,000.00 for attorney's fees and costs in this action, and the Court, having previously found there is no just reason to delay Great American Life Insurance Company's dismissal, Great American Life Insurance Company is **DISMISSED with prejudice**.

**SO ORDERED**, this 7th day of August, 2017.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**