IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**CIVIL MINUTES - GENERAL**

No. 3:16-CV-70-DMB-JMV

Style: Great American Life Insurance Company v. Ava Mitchell Tanner, et al.

Place Held: Greenville, Mississippi

Date & Time Began: December 21, 2017, 11:12 a.m.
Date & Time Ended: December 21, 2017, 11:23 a.m.

TOTAL TIME: 11 MINUTES

HONORABLE DEBRA M. BROWN, U.S. DISTRICT JUDGE, PRESIDING

| | |
|---|---|
| Rita Thomas | Digital Recording |
| Courtroom Deputy | Court Reporter |
| | |
| FOR PLAINTIFF: | FOR DEFENDANTS: |
| Michael Farrell | Beth H. Smith |
| | J. Hale Freeland |

Proceedings:   Telephonic Status Conference

Remarks:   Conference held.

DAVID CREWS, CLERK

By: /s/ Rita Thomas
    Rita Thomas, Courtroom Deputy