IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**GREAT AMERICAN LIFE**                                                                              **PLAINTIFF**
**INSURANCE COMPANY**

**V.**                                                                                                **NO. 3:16-CV-70-DMB-JMV**

**AVA MITCHELL TANNER,**
**ALITA MARGARET MITCHELL, and**
**CRAIG J. CHEATHAM**                                                     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Opinion and Order entered February 2, 2018, judgment in the amount of $228,767.94 is awarded to Ava Mitchell Tanner with respect to the two Great American annuities deposited into the Court's registry.[1] This case is **DISMISSED**.

**SO ORDERED**, this 8th day of February, 2018.

                                                                                          **/s/Debra M. Brown**
                                                                                          **UNITED STATES DISTRICT JUDGE**

---

[1] The amount awarded is the sum of the two Great American annuities ($237,767.94) less $9,000.00 for attorney's fees and costs granted to Great American on August 7, 2017. *See* Doc. #137; Doc. #136.