IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| **GREAT AMERICAN LIFE INSURANCE COMPANY** | **PLAINTIFF** |
| V. | NO. 3:16-CV-70-DMB-JMV |
| **AVA MITCHELL TANNER, ALITA MARGARET MITCHELL, and CRAIG J. CHEATHAM** | **DEFENDANTS** |

consolidated with

| | |
|---|---|
| **AVA MITCHELL TANNER and PHYLLIS FERNANDEZ** | **PLAINTIFFS** |
| V. | NO. 3:18-CV-23-DMB-RP |
| **ALITA CHEATHAM MITCHELL and CRAIG CHEATHAM** | **DEFENDANTS** |

**ORDER**

On March 8, 2018, after this Court granted summary judgment in her favor in No. 3:16-cv-70,[1] Ava Mitchell Tanner filed a "Motion to Alter Judgment to Add Treble Damages." Doc. #179. On March 26, 2019, the United States Court of Appeals for the Fifth Circuit vacated that judgment and remanded the case for trial.[2] Because the judgment upon which Ava relies in her motion to alter has been vacated, her motion to alter [179] is **DENIED without prejudice**.

**SO ORDERED**, this 28th day of June, 2019.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] *See* Docs. #170, #173. All references and cites in this order are to No. 3:16-cv-70.

[2] *See* Docs. #188, #188-1.