IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

GREAT AMERICAN LIFE
INSURANCE COMPANY                                                         PLAINTIFF

V.                                                              NO. 3:16-CV-70-DMB-JMV

AVA MITCHELL TANNER,
ALITA MARGARET MITCHELL, and
CRAIG J. CHEATHAM                                                        DEFENDANTS

## ORDER LIFTING STAY

This matter is before the court, at the direction of the district judge, consistent with her Order [178] staying the final judgment in this action pending resolution of Craig and Alita's appeal. On March 26, 2019, the United States Court of Appeals for the Fifth Circuit vacated that judgment and remanded the case for trial. *See* Docket Number 188. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED**.

**SO ORDERED** this, Friday, June 28, 2019.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**