# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**GREAT AMERICAN LIFE INSURANCE COMPANY**                                                    **PLAINTIFF**

V.                                                                                                  NO. 3:16-CV-70-DMB-JMV

**AVA MITCHELL TANNER,**
**ALITA MARGARET MITCHELL, and**
**CRAIG J. CHEATHAM**                                                                           **DEFENDANTS**

consolidated with

**AVA MITCHELL TANNER and**                                                                    **PLAINTIFFS**
**PHYLLIS FERNANDEZ**

V.                                                                                                  NO. 3:18-CV-23-DMB-JMV

**ALITA CHEATHAM MITCHELL and**
**CRAIG CHEATHAM**                                                                              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order entered this day, the changes of beneficiaries which are the subject of these consolidated actions are deemed void for undue influence. Judgment is entered against Craig Cheatham and Alita Margaret Mitchell in favor of Ava Mitchell Tanner in the amount of one half of the value of the Prudential policy, the whole value of the CETERA account, and one half the mineral rights in the trust. Judgment is entered against Craig Cheatham and Alita Margaret Mitchell in favor of Phyllis Fernandez in the amount of one half of the value of the Prudential Policy, and one half the mineral rights in the trust. The Clerk of the Court is **DIRECTED** to pay to Ava Mitchell Tanner the amount of the annuities on deposit with the Court.

**SO ORDERED**, this 31st day of March, 2020.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**